```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 01953
   RANDY L SUGGS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7185


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/06/2007 and was not confirmed.

     The case was dismissed without confirmation 09/12/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
BARCLAYS CAPITAL REAL ES CURRENT MORTG        .00             .00            .00
BARCLAYS CAPITAL REAL ES MORTGAGE ARRE      4101.96           .00            .00
HOMEQ SERVICING          NOTICE ONLY       NOT FILED          .00            .00
HOMEQ SERVICING CORP     NOTICE ONLY       NOT FILED          .00            .00
HOMEQ SERVICING CORP     CURRENT MORTG        .00             .00            .00
HOMEQ SERVICING CORP     MORTGAGE ARRE        .00             .00            .00
TOYOTA MOTOR CREDIT CORP SECURED NOT I        .00             .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY            65.05            .00            .00
INTERNAL REVENUE SERVICE PRIORITY          4794.23            .00            .00
CAPITAL ONE              UNSECURED          619.60            .00            .00
ROUNDUP FUNDING LLC      UNSECURED          579.41            .00            .00
FIRST REVENUE ASSURANCE  NOTICE ONLY       NOT FILED          .00            .00
FIRST REVENUE ASSURANCE  NOTICE ONLY       NOT FILED          .00            .00
ECAST SETTLEMENT CORP    UNSECURED          592.38            .00            .00
MERRICK BANK~            UNSECURED         1094.28            .00            .00
NICOR GAS                UNSECURED          361.80            .00            .00
NICOR GAS                NOTICE ONLY       NOT FILED          .00            .00
SAM'S CLUB               UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORP    UNSECURED          707.23            .00            .00
TOYOTA MOTOR CREDIT CO   UNSECURED        19257.04            .00            .00
IL DEPT OF HEALTHCARE &  DSO ARREARS       NOT FILED          .00            .00
ILLINOIS DEPT OF REVENUE UNSECURED           30.00            .00            .00
ROUNDUP FUNDING LLC      UNSECURED         1821.73            .00            .00
LEDFORD & WU             DEBTOR ATTY      2,500.00                       2,122.68
TOM VAUGHN               TRUSTEE                                           157.32
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  2,280.00

PRIORITY                                                         .00
SECURED                                                          .00

                 PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01953 RANDY L SUGGS
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                    2,122.68
TRUSTEE COMPENSATION                                                157.32
DEBTOR REFUND                                                          .00
                                              ---------------  ---------------
TOTALS                                               2,280.00        2,280.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 12/27/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```